No 24.—Ex PARTE, MOLINA, querellado.— Enero 15, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No exponiendo la solicitud en este caso hechos constitutivos de mala conducta profesional del abogado Henry G. Molina, no ha lugar a iniciar procedimientos contra él y archívese la petición.